**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GEOTRACK  INC.                                    §   Case No. 12-08704
                                                        §
                                                        §
                                                        §
Debtor(s)                                               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on March 06, 2012.  The undersigned trustee was appointed on *bad date*.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as  **Exhibit A.**

4.  The trustee realized the gross receipts of          $          206,701.10

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 98,802.31 |
| Administrative expenses | 32,946.39 |
| Bank service fees | 4,097.86 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]          $          70,854.54

The remaining funds are available for distribution.

5.  Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank
account.

6.  The deadline for filing  non-governmental claims in this case was 10/22/2012
and the deadline for filing governmental claims was 09/02/2012.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,585.06.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,585.06, for a total compensation of $13,585.06.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of  $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: __05/05/2014_____          By:/s/ILENE F. GOLDSTEIN AS TRUSTEE_____
                                              Trustee




**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

**Form 1**

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number:  12-08704

Case Name:    GEOTRACK  INC.

Period Ending: 05/05/14

Trustee:        (330290)    ILENE F. GOLDSTEIN AS TRUSTEE

Filed (f) or Converted (c):  03/06/12 (f)

§341(a) Meeting Date:   04/09/12

Claims Bar Date:        10/22/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | None<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Chase checking account Location: In debtor's pos<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 15,665.93 | 15,665.93 | | 20,517.55 | FA |
| 3 | Chase checking account Zoos tion: In debtor's po<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00  (See Footnote) | 15,665.93 | 0.00 | | 0.00 | FA |
| 4 | Accounts receivable Location: In debtor's posses<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 194,914.89 | 194,914.89 | | 179,525.89 | FA |
| 5 | 30 vehicles ranging from 1993 to 2008. List atta<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 40,000.00 | 40,000.00 | OA | 5,250.00 | FA |
| 6 | 30 vehicles ranging from 1993 to 2008. attached<br>  duplicate asset  (See Footnote) | 40,000.00 | 0.00 | | 990.84 | FA |
| 7 | desktop computer Location: In debtor's possessio<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 300.00 | 0.00 | | 0.00 | FA |
| 8 | office equipment consisting of several desks, ch<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | computers, metal filing cabinets, all in very po<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

## Form 1

Page: 2

## Individual Estate Property Record and Report

## Asset Cases

Case Number: 12-08704

Case Name:   GEOTRACK  INC.

Period Ending: 05/05/14

Trustee:        (330290)   ILENE F. GOLDSTEIN AS TRUSTEE

Filed (f) or Converted (c): 03/06/12 (f)

§341(a) Meeting Date:   04/09/12

Claims Bar Date:        10/22/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Ground penetrating radar Location: In debtor's p<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 3,500.00 | 0.00 | | 0.00 | FA |
| 11 | Utility locating equipment- all 15 to 20 years o<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Bank of America account  (u) | 65.19 | 65.19 | | 65.19 | FA |
| 13 | American Chartered Bank  (u) | 351.63 | 351.63 | | 351.63 | FA |
| 13 | Assets      Totals (Excluding unknown values) | $310,463.57 | $250,997.64 | | $206,701.10 | $0.00 |

RE PROP# 3      This is the same assets as Asset #2 and has been improperly imported into the asset ledger.

RE PROP# 6      This is the same assets as Asset #5 and has been improperly imported into the asset ledger.

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE HAS NEGOTIATED AND HAD APPROVED A SETTLEMENT WITH A SECURED CREDITOR.  THE TRUSTEE HAS EITHER SOLD OR ABANDONED  NUMEROUS VEHICLES SPREAD ACROSS THE UNITED STATES.  THE TRUSTEE IS CURRENTLY PREPARING OBJECTIONS TO CLAIMS AND IS IN THE PROCESS OF CLOSING THE CASE.

**Initial Projected Date Of Final Report (TFR):**      March 31, 2014        **Current Projected Date Of Final Report (TFR):**      December 31, 2014

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number:    12-08704
Case Name:      GEOTRACK  INC.

Taxpayer ID #:    **-***1114
Period Ending:    05/05/14

Trustee:        ILENE F. GOLDSTEIN AS TRUSTEE (330290)
Bank Name:      The Bank of New York Mellon
Account:        ****-******24-66 - Checking Account
Blanket Bond:   $5,000,000.00  (per case limit)
Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/11/12 | {4} | The Port Authority ofNY and NJ | ACCOUNTS RECEIVABLE | 1129-000 | 79,728.94 | | 79,728.94 |
| 04/11/12 | {4} | Panther Technologies | ACCOUNTS RECEIVABLE | 1129-000 | 2,535.00 | | 82,263.94 |
| 04/11/12 | {4} | Sovereign Consulting Inc | ACCOUNTS RECEIVABLE | 1129-000 | 4,000.00 | | 86,263.94 |
| 04/11/12 | {4} | GEOD | ACCOUNTS RECEIVABLE | 1129-000 | 39,375.00 | | 125,638.94 |
| 04/18/12 | {4} | Panther Technologies | Reversed Deposit 100002 1 ACCOUNTS RECEIVABLE | 1129-000 | -2,535.00 | | 123,103.94 |
| 04/20/12 | {4} | The Chappy Corporation | ACCOUNTS RECEIVABLE | 1129-000 | 4,300.00 | | 127,403.94 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.04 | 127,266.90 |
| 05/17/12 | {4} | PB AMERICAS INC | ACCOUNTS RECEIVABLE | 1129-000 | 11,814.66 | | 139,081.56 |
| 05/17/12 | {4} | SOVEREIGN CONSULTING INC | ACCOUNTS RECEIVABLE | 1129-000 | 2,500.00 | | 141,581.56 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 299.59 | 141,281.97 |
| 06/02/12 | {4} | Pennoni | ACCOUNTS RECEIVABLE | 1129-000 | 1,600.00 | | 142,881.97 |
| 06/22/12 | {4} | AFCO | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 142,886.97 |
| 06/22/12 | {4} | Pennoni | ACCOUNTS RECEIVABLE | 1121-000 | 4,800.00 | | 147,686.97 |
| 06/22/12 | {4} | GEOD | ACCOUNTS RECEIVABLE | 1121-000 | 5,050.00 | | 152,736.97 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 285.28 | 152,451.69 |
| 07/17/12 | {4} | Telegragh Self Storage, LC | ACCOUNTS RECEIVABLE | 1121-000 | 1,461.60 | | 153,913.29 |
| 07/17/12 | {4} | The Wilson Ballard Company | ACCOUNTS RECEIVABLE | 1121-000 | 11,036.29 | | 164,949.58 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 344.32 | 164,605.26 |
| 08/16/12 | {4} | T&M Associates | ACCOUNTS RECEIVABLE | 1121-000 | 5,650.00 | | 170,255.26 |
| 08/16/12 | {4} | GEOD | ACCOUNTS RECEIVABLE | 1121-000 | 8,000.00 | | 178,255.26 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 361.60 | 177,893.66 |
| 09/07/12 | {12} | Bank of America | Close out account | 1221-000 | 65.19 | | 177,958.85 |
| 09/07/12 | {13} | American Chartered Bank | Close out bank account | 1221-000 | 351.63 | | 178,310.48 |
| 09/19/12 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Attorney Fees | 3110-000 | | 18,336.00 | 159,974.48 |
| 09/19/12 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interin attorney expense award | 3120-000 | | 271.20 | 159,703.28 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 330.57 | 159,372.71 |
| 10/01/12 | 103 | Aurora Bank | Payment Pursuant to Settlement | 4220-000 | | 88,441.33 | 70,931.38 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 359.24 | 70,572.14 |
| 11/30/12 | {4} | Assurance | ACCOUNTS RECEIVABLE | 1121-000 | 204.40 | | 70,776.54 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 144.61 | 70,631.93 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.86 | 70,492.07 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 70,492.07 | 0.00 |

Subtotals :          $179,942.71      $179,942.71

{} Asset reference(s)

Printed: 05/05/2014 01:25 PM    V.13.15

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number:   12-08704

Case Name:     GEOTRACK  INC.

Taxpayer ID #:   **-***1114

Period Ending:   05/05/14

Trustee:        ILENE F. GOLDSTEIN AS TRUSTEE (330290)

Bank Name:     The Bank of New York Mellon

Account:        ****-******24-66 - Checking Account

Blanket Bond:   $5,000,000.00   (per case limit)

Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 179,942.71 | 179,942.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 70,492.07 | |
| | | | Subtotal | | 179,942.71 | 109,450.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $179,942.71 | $109,450.64 | |

{} Asset reference(s)

Printed: 05/05/2014 01:25 PM     V.13.15

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number:   12-08704
Case Name:   GEOTRACK  INC.

Taxpayer ID #:   **-***1114
Period Ending:   05/05/14

Trustee:   ILENE F. GOLDSTEIN AS TRUSTEE (330290)
Bank Name:   Rabobank, N.A.
Account:   ******2266 - Checking Account
Blanket Bond:   $5,000,000.00   (per case limit)
Separate Bond:   N/A

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | <br><br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 70,492.07 | | 70,492.07 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.13 | 70,383.94 |
| 02/26/13 | 10104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #12-08704, Bond Number 016026455 | 2300-000 | | 64.00 | 70,319.94 |
| 02/26/13 | 10105 | Aurora Bank | Settlement of Lien Claim | 4210-000 | | 102.20 | 70,217.74 |
| 02/28/13 | 10106 | ADP | Payroll Expense for prepetition w-2 | 2990-000 | | 144.25 | 70,073.49 |
| 02/28/13 | 10107 | Access Information Management | Storage Fees for Books and records | 2410-000 | | 660.00 | 69,413.49 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.48 | 69,319.01 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.73 | 69,222.28 |
| 04/15/13 | {5} | American Auction Associates | Sale of Vehicle | 1129-000 | 5,250.00 | | 74,472.28 |
| 04/22/13 | 10108 | AMERICAN AUCTION ASSOC. INC. | Expenses for Auctioneer | 3620-000 | | 467.23 | 74,005.05 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.72 | 73,895.33 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.85 | 73,785.48 |
| 06/03/13 | {2} | Chase | RESOLUTION OF COMPETING LIENS | 1129-000 | 20,517.55 | | 94,303.03 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.66 | 94,180.37 |
| 07/26/13 | 10109 | Aurora Bank | Settlement of lien Claim | 4210-000 | | 10,258.78 | 83,921.59 |
| 07/26/13 | 10110 | Department of the Treasury | Income Tax | 2810-000 | | 986.00 | 82,935.59 |
| 07/26/13 | 10111 | State of New Jersey CBT | Income tax | 2820-000 | | 492.00 | 82,443.59 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.00 | 82,294.59 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.02 | 82,172.57 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.25 | 82,058.32 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.84 | 81,928.48 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.98 | 81,818.50 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.45 | 81,689.05 |
| 01/02/14 | 10112 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Attorney Fees | 3110-000 | | 10,980.00 | 70,709.05 |
| 01/02/14 | 10113 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Expenses for attorney for the Trustee | 3120-000 | | 472.29 | 70,236.76 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.03 | 70,130.73 |
| 02/11/14 | {6} | Nissan | Sale of  personal property | 1129-000 | 990.84 | | 71,121.57 |
| 02/25/14 | 10114 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-08704, Bond Premium<br>Voided on 03/07/14 | 2300-000 | | 91.01 | 71,030.56 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.90 | 70,935.66 |
| 03/07/14 | 10114 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-08704, Bond Premium | 2300-000 | | -91.01 | 71,026.67 |

Subtotals :                    $97,250.46         $26,223.79

{} Asset reference(s)

Printed: 05/05/2014 01:25 PM    V.13.15

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 12-08704 | Trustee: ILENE F. GOLDSTEIN AS TRUSTEE (330290) |
| Case Name: GEOTRACK INC. | Bank Name: Rabobank, N.A. |
| | Account: ******2266 - Checking Account |
| Taxpayer ID #: **-***1114 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 05/05/14 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 02/25/14 | | | | |
| 03/07/14 | 10115 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-08704, Bond Premium<br>Voided on 03/10/14 | 2300-000 | | 73.42 | 70,953.25 |
| 03/10/14 | 10115 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-08704, Bond Premium<br>Voided: check issued on 03/07/14 | 2300-000 | | -73.42 | 71,026.67 |
| 03/10/14 | 10116 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #12-08704, Bond Premium | 2300-000 | | 73.42 | 70,953.25 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.71 | 70,854.54 |

| | Receipts | Disbursements | Checking Account Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 97,250.46 | 26,395.92 | $70,854.54 |
| Less: Bank Transfers | 70,492.07 | 0.00 | |
| Subtotal | 26,758.39 | 26,395.92 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $26,758.39 | $26,395.92 | |

| | |
|---|---|
| Net Receipts : | 206,701.10 |
| Net Estate : | $206,701.10 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******24-66 | 179,942.71 | 109,450.64 | 0.00 |
| Checking # ******2266 | 26,758.39 | 26,395.92 | 70,854.54 |
| | $206,701.10 | $135,846.56 | $70,854.54 |

# E X H I B I T  C

## ANALYSIS OF CLAIMS REGISTER    **Claims Bar Date:** October 22, 2012

**Case Number:** 12-08704                                   Page: 1                                   **Date:** May 5, 2014
**Debtor Name:** GEOTRACK  INC.                                                                        **Time:** 01:25:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN AS TRUSTEE<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $13,585.06 | $0.00 | 13,585.06 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $5,064.00 | $0.00 | 5,064.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN,<br>CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $32,081.00 | $29,316.00 | 2,765.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN,<br>CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $783.49 | $743.49 | 40.00 |
| 19<br>210 | New York State Department of<br>(ADMINISTRATIVE)<br>Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | Admin Ch. 7 | History: Details19-105/14/2013Claim #19 filed by New York State Department of,<br>Admin claimed: $2043.88 (Sullivan, Elizabeth )<br>-------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 1P<br>570 | Illinois Department of<br>Employment Security<br>33 S State St 10th Flr,Bankruptcy Unit<br>Chicago, IL 60603 | Priority | History: Details1-104/03/2012Claim #1 filed by Illinois Department of, Amount<br>claimed: $7461.12 (Yabes, Amelia )<br>-------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 2P<br>570 | Illinois Department of<br>Employment Security<br>33 S State St 10th Flr,Bankruptcy Unit<br>Chicago, IL 60603 | Priority | History: Details2-105/01/2012Claim #2 filed by Illinois Department of, Amount<br>claimed: $7875.11 (Yabes, Amelia )<br>-------------------------------------------------------------------------------* * * | $7,442.14 | $0.00 | 7,442.14 |
| 4P<br>570 | Warren County Treasurer<br>PO Box 1540<br>Front Royal, VA 22630 | Priority | History: Details4-107/31/2012Claim #4 filed by Warren County Treasurer, Amount<br>claimed: $17355.46 (Howard, Celeste )<br>-------------------------------------------------------------------------------* * * | $2,978.01 | $0.00 | 2,978.01 |
| 6<br>570 | NYS Dept of Labor<br>W Averell Harriman,State Office Bldg<br>Campus,Bldg 12 Room 256<br>Albany, NY 12240-0001 | Priority | History: Details6-108/14/2012Claim #6 filed by NYS Dept of Labor, Amount claimed:<br>$3298.00 (Howard, Celeste )<br>-------------------------------------------------------------------------------* * * | $3,298.00 | $0.00 | 3,298.00 |

# E X H I B I T   C

## ANALYSIS OF CLAIMS REGISTER      **Claims Bar Date:** October 22, 2012

| **Case Number:** 12-08704 | | Page:  2 | | **Date:** May 5, 2014 |
|---|---|---|---|---|
| **Debtor Name:** GEOTRACK INC. | | | | **Time:** 01:25:35 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No.  / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8P<br>570 | Dept of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | History: Details8-108/22/2012Claim #8 filed by Dept of the Treasury, Amount claimed:<br>$1340030.77 (Hayes, Bruce )<br>--------------------------------------------------------------------------------* * * | $708,220.32 | $0.00 | 708,220.32 |
| 10P<br>570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | History: Details10-108/29/2012Claim #10 filed by Illinois Department of Revenue,<br>Amount claimed: $21521.44 (Lynch, Robert )<br>--------------------------------------------------------------------------------* * * | $17,670.47 | $0.00 | 17,670.47 |
| 13<br>570 | Steven Westby<br>152 Glennifer Hill Road<br>Richboro, PA 18954 | Priority | History: Details13-110/22/2012Claim #13 filed by Steven Westby, Amount claimed:<br>$10680.00 (Sullivan, Elizabeth )<br>--------------------------------------------------------------------------------* * * | $10,680.00 | $0.00 | 10,680.00 |
| 14<br>570 | Chris Velez<br>27 Elena Pl.<br>Belleville, NJ 07109 | Priority | History: Details14-110/22/2012Claim #14 filed by Chris Velez, Amount claimed:<br>$1757.37 (Sullivan, Elizabeth )<br>--------------------------------------------------------------------------------* * * | $1,757.37 | $0.00 | 1,757.37 |
| 15<br>570 | Victor E. Jones<br>88 Mill Rd.,Apt#A-3<br>Irvington, NJ 07111 | Priority | History: Details15-110/23/2012Claim #15 filed by Victor E. Jones, Amount claimed:<br>$1300.00 (Sullivan, Elizabeth )<br>--------------------------------------------------------------------------------* * * | $1,300.00 | $0.00 | 1,300.00 |
| 17P<br>570 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Priority | History: Details17-102/11/2013Claim #17 filed by Wisconsin Department of Revenue,<br>Amount claimed: $7884.51 (Maurer, Tammy )<br>--------------------------------------------------------------------------------* * * | $5,534.55 | $0.00 | 5,534.55 |
| 18P<br>570 | New York State Department of<br>(ADMINISTRATIVE)<br>Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | Priority | History: Details18-105/14/2013Claim #18 filed by New York State Department of,<br>Admin claimed: $80821.22 (Sullivan, Elizabeth )<br>--------------------------------------------------------------------------------* * * | $61,216.52 | $0.00 | 61,216.52 |
| 1S<br>210 | Illinois Department of<br>Employment Security<br>33 S State St 10th Flr,Bankruptcy Unit<br>Chicago, IL 60603 | Secured | History: Details1-104/03/2012Claim #1 filed by Illinois Department of, Amount<br>claimed: $7461.12 (Yabes, Amelia )<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 2S<br>210 | Illinois Department of<br>Employment Security<br>33 S State St 10th Flr,Bankruptcy Unit<br>Chicago, IL 60603 | Secured | History: Details2-105/01/2012Claim #2 filed by Illinois Department of, Amount<br>claimed: $7875.11 (Yabes, Amelia )<br>--------------------------------------------------------------------------------* * * | $182.07 | $0.00 | 182.07 |

# E X H I B I T   C

## ANALYSIS OF CLAIMS REGISTER      **Claims Bar Date:** October 22, 2012

| | |
|---|---|
| **Case Number:** 12-08704 | Page: 3 |
| **Debtor Name:** GEOTRACK INC. | **Date:** May 5, 2014   **Time:** 01:25:35 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8S 210 | Dept of the Treasury IRS PO Box 7346 Philadelphia, PA 19101-7346 | Secured | History: Details8-108/22/2012Claim #8 filed by Dept of the Treasury, Amount claimed: $1340030.77 (Hayes, Bruce ) ------------------------------------------------------------------------------* * * | $279,582.13 | $0.00 | 279,582.13 |
| 1U 610 | Illinois Department of Employment Security 33 S State St 10th Flr,Bankruptcy Unit Chicago, IL 60603 | Unsecured | History: Details1-104/03/2012Claim #1 filed by Illinois Department of, Amount claimed: $7461.12 (Yabes, Amelia ) ------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 2U 610 | Illinois Department of Employment Security 33 S State St 10th Flr,Bankruptcy Unit Chicago, IL 60603 | Unsecured | History: Details2-105/01/2012Claim #2 filed by Illinois Department of, Amount claimed: $7875.11 (Yabes, Amelia ) ------------------------------------------------------------------------------* * * | $250.90 | $0.00 | 250.90 |
| 3 610 | ICC Corridor Partners Stephen J Mangano,Business Manager,11710 Beltsville Dr Ste 200 Beltsville, MD 20705 | Unsecured | 08/23/2012 Amendment 3-2 imported by ILENE; original claim didn't exist ----------------------------------------------------------------------------- History: Details3-105/09/2012Claim #3 filed by ICC Corridor Partners, Amount claimed: $169297.88 (Howard, Celeste ) Details3-208/15/2012Amended Claim #3 filed by ICC Corridor Partners, Amount claimed: $15181.27 (Howard, Celeste ) ------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 3 -2 610 | ICC Corridor Partners Stephen J Mangano,Business Manager,11710 Beltsville Dr Ste 200 Beltsville, MD 20705 | Unsecured | 08/23/2012 Amendment 3-2 imported by ILENE; original claim didn't exist ----------------------------------------------------------------------------- History: Details3-105/09/2012Claim #3 filed by ICC Corridor Partners, Amount claimed: $169297.88 (Howard, Celeste ) Details3-208/15/2012Amended Claim #3 filed by ICC Corridor Partners, Amount claimed: $15181.27 (Howard, Celeste ) ------------------------------------------------------------------------------* * * | $15,181.27 | $0.00 | 15,181.27 |
| 4U 610 | Warren County Treasurer PO Box 1540 Front Royal, VA 22630 | Unsecured | History: Details4-107/31/2012Claim #4 filed by Warren County Treasurer, Amount claimed: $17355.46 (Howard, Celeste ) ------------------------------------------------------------------------------* * * | $14,377.45 | $0.00 | 14,377.45 |
| 5 610 | Sprint Nextel Attn Bankruptcy Dept PO Box 7949 Overland Park, KS 66207-0949 | Unsecured | History: Details5-108/08/2012Claim #5 filed by Sprint Nextel, Amount claimed: $1786.46 (Gima, Michael ) ------------------------------------------------------------------------------* * * | $1,786.46 | $0.00 | 1,786.46 |

# E X H I B I T   C

## ANALYSIS OF CLAIMS REGISTER **Claims Bar Date:** October 22, 2012

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 12-08704 | | | Page: 4 | | **Date:** May 5, 2014 | |
| **Debtor Name:** GEOTRACK INC. | | | | | **Time:** 01:25:35 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7<br>610 | NYS Dept of Labor<br>W Averell Harriman,State Office Bldg<br>Campus,Bldg 12 Room 256<br>Albany, NY 12240-0001 | Unsecured | History: Details7-108/14/2012Claim #7 filed by NYS Dept of Labor, Amount claimed:<br>$3918.21 (Howard, Celeste )<br>-----------------------------------------------------------------------------* * * | $3,918.21 | $0.00 | 3,918.21 |
| 8U<br>610 | Dept of the Treasury<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | History: Details8-108/22/2012Claim #8 filed by Dept of the Treasury, Amount claimed:<br>$1340030.77 (Hayes, Bruce )<br>-----------------------------------------------------------------------------* * * | $352,228.32 | $0.00 | 352,228.32 |
| 9<br>610 | Wright Express FSC<br>P O Box 639<br>Portland, ME 04104 | Unsecured | History: Details9-108/28/2012Claim #9 filed by Wright Express FSC, Amount claimed:<br>$6479.50 (Walker, Valerie )<br>-----------------------------------------------------------------------------* * * | $6,479.50 | $0.00 | 6,479.50 |
| 10U<br>610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | History: Details10-108/29/2012Claim #10 filed by Illinois Department of Revenue,<br>Amount claimed: $21521.44 (Lynch, Robert )<br>-----------------------------------------------------------------------------* * * | $3,850.97 | $0.00 | 3,850.97 |
| 11<br>610 | Aurora Bank FSB<br>c/o William J. Hurley III/Crowley & Lamb<br>221 N. LaSalle Street, Suite 1550<br>Chicago, IL 60601 | Unsecured | History: Details11-110/19/2012Claim #11 filed by Aurora Bank FSB, Amount claimed:<br>$784057.78 (Hurley, William )<br>-----------------------------------------------------------------------------* * * | $784,057.78 | $0.00 | 784,057.78 |
| 12<br>610 | Graham Curtin, A Professional Association<br>c/o Kathleen Fennelly, Esq.<br>Graham Curtin, P.A.,P.O. Box 1991<br>Moristown, NJ 07962-1991 | Unsecured | History: Details12-110/22/2012Claim #12 filed by Graham Curtin, A Professional<br>Association, Amount claimed: $27273.47 (Sullivan, Elizabeth )<br>-----------------------------------------------------------------------------* * * | $27,273.47 | $0.00 | 27,273.47 |
| 18U<br>610 | New York State Department of<br>(ADMINISTRATIVE)<br>Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | Unsecured | History: Details18-105/14/2013Claim #18 filed by New York State Department of,<br>Admin claimed: $80821.22 (Sullivan, Elizabeth )<br>-----------------------------------------------------------------------------* * * | $19,604.70 | $0.00 | 19,604.70 |
| 16<br>620 | Wil F. Crowley<br>22 Riverside Drive, Apt. D-1<br>Cranford, NJ 07016 | Unsecured | History: Details16-110/23/2012Claim #16 filed by Wil F. Crowley, Amount claimed:<br>$4600.00 (Sullivan, Elizabeth )<br>-----------------------------------------------------------------------------* * * | $4,600.00 | $0.00 | 4,600.00 |
| 17U<br>620 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Unsecured | History: Details17-102/11/2013Claim #17 filed by Wisconsin Department of Revenue,<br>Amount claimed: $7884.51 (Maurer, Tammy )<br>-----------------------------------------------------------------------------* * * | $2,349.96 | $0.00 | 2,349.96 |

# E X H I B I T   C

## ANALYSIS OF CLAIMS REGISTER  **Claims Bar Date:** October 22, 2012

**Case Number:** 12-08704      Page: 5      **Date:** May 5, 2014
**Debtor Name:** GEOTRACK  INC.      **Time:** 01:25:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No.  / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|-------------------------|------------|-------------------------|----------------|--------------|---------------|
| **<< Totals >>** | | | | 2,387,334.12 | 30,059.49 | 2,357,274.63 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-08704
Case Name: GEOTRACK  INC.
Trustee Name: ILENE F. GOLDSTEIN AS TRUSTEE

**Balance on hand:**                    $            70,854.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of | 115.05 | 0.00 | 0.00 | 0.00 |
| 2S | Illinois Department of | 182.07 | 182.07 | 0.00 | 32.15 |
| 8S | Dept of the Treasury | 279,582.13 | 279,582.13 | 0.00 | 49,368.33 |

Total to be paid to secured creditors:   $     49,400.48
Remaining balance:                        $     21,454.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN AS TRUSTEE | 13,585.06 | 0.00 | 13,585.06 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 32,081.00 | 29,316.00 | 2,765.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 783.49 | 743.49 | 40.00 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 5,064.00 | 0.00 | 5,064.00 |

Total to be paid for chapter 7 administration expenses:   $     21,454.06
Remaining balance:                                         $          0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                            $          0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $820,097.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of | 7,442.14 | 0.00 | 0.00 |
| 4P | Warren County Treasurer | 2,978.01 | 0.00 | 0.00 |
| 6 | NYS Dept of Labor | 3,298.00 | 0.00 | 0.00 |
| 8P | Dept of the Treasury | 708,220.32 | 0.00 | 0.00 |
| 10P | Illinois Department of Revenue | 17,670.47 | 0.00 | 0.00 |
| 13 | Steven Westby | 10,680.00 | 0.00 | 0.00 |
| 14 | Chris Velez | 1,757.37 | 0.00 | 0.00 |
| 15 | Victor E. Jones | 1,300.00 | 0.00 | 0.00 |
| 17P | Wisconsin Department of Revenue | 5,534.55 | 0.00 | 0.00 |
| 18P | New York State Department of (ADMINISTRATIVE) | 61,216.52 | 0.00 | 0.00 |

Total to be paid for priority claims:     $                0.00
Remaining balance:                        $                0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,229,009.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Illinois Department of | 250.90 | 0.00 | 0.00 |
| 3 -2 | ICC Corridor Partners | 15,181.27 | 0.00 | 0.00 |
| 4U | Warren County Treasurer | 14,377.45 | 0.00 | 0.00 |
| 5 | Sprint Nextel | 1,786.46 | 0.00 | 0.00 |
| 7 | NYS Dept of Labor | 3,918.21 | 0.00 | 0.00 |
| 8U | Dept of the Treasury | 352,228.32 | 0.00 | 0.00 |
| 9 | Wright Express FSC | 6,479.50 | 0.00 | 0.00 |
| 10U | Illinois Department of Revenue | 3,850.97 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 11 | Aurora Bank FSB | 784,057.78 | 0.00 | 0.00 |
| 12 | Graham Curtin, A Professional Association | 27,273.47 | 0.00 | 0.00 |
| 18U | New York State Department of (ADMINISTRATIVE) | 19,604.70 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $              0.00

Remaining balance: $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 6,949.96 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Wil F. Crowley | 4,600.00 | 0.00 | 0.00 |
| 17U | Wisconsin Department of Revenue | 2,349.96 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $              0.00

Remaining balance: $              0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $              0.00

Remaining balance: $              0.00

**UST Form 101-7-TFR (05/1/2011)**