# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:   GEOTRACK INC.   §   Case No. 12-08704
         §
         §
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN AS TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **06/20/2014 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  <u>04/30/2014</u>         By:     <u>/s/ Ilene F. Goldstein</u>
                                                Trustee

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: GEOTRACK INC. | § | Case No. 12-08704 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 206,701.10

*and approved disbursements of*     $ 135,846.56

*leaving a balance on hand of* [1]     $ 70,854.54

**Balance on hand:**     $ 70,854.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of | 115.05 | 0.00 | 0.00 | 0.00 |
| 2S | Illinois Department of | 182.07 | 182.07 | 0.00 | 32.15 |
| 8S | Dept of the Treasury | 279,582.13 | 279,582.13 | 0.00 | 49,368.33 |

Total to be paid to secured creditors:     $ 49,400.48
Remaining balance:     $ 21,454.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN AS TRUSTEE | 13,585.06 | 0.00 | 13,585.06 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 32,081.00 | 29,316.00 | 2,765.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 783.49 | 743.49 | 40.00 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 5,064.00 | 0.00 | 5,064.00 |

Total to be paid for chapter 7 administration expenses:     $ 21,454.06
Remaining balance:     $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $            0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $820,097.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of | 7,442.14 | 0.00 | 0.00 |
| 4P | Warren County Treasurer | 2,978.01 | 0.00 | 0.00 |
| 6 | NYS Dept of Labor | 3,298.00 | 0.00 | 0.00 |
| 8P | Dept of the Treasury | 708,220.32 | 0.00 | 0.00 |
| 10P | Illinois Department of Revenue | 17,670.47 | 0.00 | 0.00 |
| 13 | Steven Westby | 10,680.00 | 0.00 | 0.00 |
| 14 | Chris Velez | 1,757.37 | 0.00 | 0.00 |
| 15 | Victor E. Jones | 1,300.00 | 0.00 | 0.00 |
| 17P | Wisconsin Department of Revenue | 5,534.55 | 0.00 | 0.00 |
| 18P | New York State Department of (ADMINISTRATIVE) | 61,216.52 | 0.00 | 0.00 |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 1,229,008.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | Illinois Department of | 250.90 | 0.00 | 0.00 |
| 3 -2 | ICC Corridor Partners | 15,181.27 | 0.00 | 0.00 |
| 4U | Warren County Treasurer | 14,377.45 | 0.00 | 0.00 |
| 5 | Sprint Nextel | 1,786.46 | 0.00 | 0.00 |
| 7 | NYS Dept of Labor | 3,918.21 | 0.00 | 0.00 |
| 8U | Dept of the Treasury | 352,228.32 | 0.00 | 0.00 |
| 9 | Wright Express FSC | 6,479.50 | 0.00 | 0.00 |
| 10U | Illinois Department of Revenue | 3,850.97 | 0.00 | 0.00 |
| 11 | Aurora Bank FSB | 784,057.78 | 0.00 | 0.00 |
| 12 | Graham Curtin, A Professional Association | 27,273.47 | 0.00 | 0.00 |
| 18U | New York State Department of (ADMINISTRATIVE) | 19,604.70 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 6,949.96 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 16 | Wil F. Crowley | 4,600.00 | 0.00 | 0.00 |
| 17U | Wisconsin Department of Revenue | 2,349.96 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/ILENE F. GOLDSTEIN AS TRUSTEE

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                           Case No. 12-08704-ABG
Geotrack, Inc.                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 2           Date Rcvd: May 14, 2014
                              Form ID: pdf006          Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2014.
```
db          +Geotrack, Inc.,    1012 Atkinson Avenue,    Lake Bluff, IL 60044-1124
18578943     AMERICAN Chartered Bank,    Health Savings Account,     PO Box 5994,    Carol Stream, IL  60197-5994
19589285    +Aurora Bank FSB,    c/o William J. Hurley III/Crowley & Lamb,     221 N. LaSalle Street, Suite 1550,
              Chicago, IL 60601-1224
18578945    +Bowen, Guerrero & Howe,    25 E. Jackson Blvd.,    Suite 300,    Chicago, IL 60604-2201
18578946    +Brian Cave, LLP.,    161 N. Clark St.,    Suite 4300,    Chicago, IL 60601-3430
18578947    +CArol Weinberger,    c/o Colleen Flynn Cyphers,    700 Hooper Ave.,    Toms River, NJ 08753-7717
18578948    +CITY OF Baltimore,    200 N. Holiday St.,    Baltimore, MD 21202-3618
19598154    #+Chris Velez,    27 Elena Pl.,    Belleville, NJ 07109-1373
18578951    +DEPT OF EMPLOYMENT SECURITY,    STATE OF ILLINOIS,    PO BOX 7350,    CHICAGO, ILLINOIS 60680-7350
18578949    +Dana Consulting,    aka Jennings Law Firm,    100 W. Monroe St., Ste. 1300,
              Chicago, IL 60603-1909
18578950    +Daspin & Aument,    227 W. Monroe St.,    Suite 3500,    Chicago, IL 60606-5018
18578952    +Eastcom Associates,    1214 Rt. 28,    Somerville, NJ 08876-3343
18578953    +FEdEx,    PO Box 371461,    Pittsburgh, PA 15250-7461
18578954    +Flagger Force,    1411 Stoneridge Drive,    PO Box 260,    Middletown, PA 17057-5977
18578956     GRAham Curtin,    4 Headquarters Plaza,    PO Box 1991,    Morristown, NJ  07962-1991
18578957     GREENman Pedersen, Inc.,    10977 Guilford Road,    Annapolis Junction, MD  20701-1125
19597783     Graham Curtin, A Professional Association,     c/o Kathleen Fennelly, Esq.,    Graham Curtin, P.A.,
              P.O. Box 1991,    Moristown, NJ 07962-1991
18578958    +HAMpton Inn Somerset/New Bruns,    255 Davidson Ave.,    Somerset, NJ 08873-4147
18890819    +ICC Corridor Partners,    Stephen J Mangano,    Business Manager,    11710 Beltsville Dr Ste 200,
              Beltsville MD 20705-3102
18578959     ILLINOIS Secretary of State,    260 East Indian Trail Rd.,    Aurora, IL  60505-1733
18727490    +Illinois Department of,    Employment Security,    33 S State St 10th Flr,    Bankruptcy Unit,
              Chicago, Illinois 60603-2804
19373758     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
18578961    +James R. Hermann & Assoc.,    700 S. Lewis Ave.,    Suite 230,    Waukegan, IL 60085-6173
18578962    +LAQuinta Inns & Suites,    6003 Woodway Drive,    Woodway, TX 76712-6131
18578963    +LArson Financial,    10170 Church Ranch Way,    Suite 450,    Broomfield, CO 80021-6071
18578964    +LEhman Bros. Bank,    c/o Crowley Lamb PC,    221 N. LaSalle Street,    Chicago, IL 60601-1206
18578965    +LIbertyville Mitsubishi,    Mitsubishi Motor Credit of Ame,    PO Box 660451,
              Dallas, TX 75266-0451
18578966    +MICHAEL R. RICHMOND,    33 NORTH DEARBORN STREET,    SUITE 1907,    CHICAGO, IL 60602-3828
18578967    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: NISSAN MOTOR ACCEPTANCE CORP.,     P.O. BOX 9001132,
              Louisville, KY   40290)
18578968    +NYC Dept. of Finance,    Correspondence Unit,    One Centre Street, 22nd Floor,
              New York, NY 10007-1619
19315062     NYS Dept of Labor,    W Averell Harriman,    State Office Bldg Campus,    Bldg 12 Room 256,
              Albany NY 12240-0001
20486500     New York State Department of,    Taxation and Finance,    PO Box 5300,    Albany, NY 12205-0300
18578969    +Occupational Health Centers,    1650 Lee Lane,    Beloit, WI 53511-3935
18578971    +PENNsylvania One Call Systems,    PO Box 641121,    Pittsburgh, PA 15264-1121
18578970    +Paul Cravotta,    650 Victory Blvd.,    Apt. 1-J,    Staten Island, NY 10301-3525
18578972    +SAFElite Auto Glass,    1945 W Hubbard St,    Unit A,    Chicago, IL 60622-6239
18578976    +SUzanne Hague,    c/o Colleen Flynn Cyphers,    700 Hooper Ave,    Toms River, NJ 08753-7717
18578973    +Skillpath Seminars,    PO Box 2768,    Mission, KS 66201-2768
18578974    +Staples,    500 Staples Dr.,    Framingham, MA 01702-4474
18578975    +Steven Westby,    152 Glennifer Hill Road,    Richboro, PA 18954-1367
18578977     THE Hartford,    PO Box 1583,    Kaneville, IL  60144
18578978    +Treasurer of Warren County,    PO Box 1540,    Front Royal, VA 22630-0033
18578979    +US DEPARTMENT OF LABOR-OSHA,    8713 Airport Freeway,    Suite 302,
              North Richland Hills, TX 76180-7611
18578980    +VAlley National Bank,    PO Box 954,    Wayne, NJ 07474-0954
19603430    #+Victor E. Jones,    88 Mill Rd.,Apt#A-3,    Irvington, NJ 07111-8056
18578981    +WIl F. Crowley,    22 Riverside Drive,    Apt. D-1,    Cranford, NJ 07016-2232
19256580    +Warren County Treasurer,    PO Box 1540,    Front Royal VA 22630-0033
20029289     Wisconsin Department of Revenue,    Special Procedures Unit,    P.O. Box 8901,
              Madison, WI 53708-8901
19372682    +Wright Express FSC,    P O Box 639,    Portland, ME 04104-0639
18578982     Wright Express Fleet,    Fleet Services,    PO Box 6293,    Carol Stream, IL  60197-6293
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18578960         E-mail/Text: cio.bncmail@irs.gov May 15 2014 00:47:52      Dept of the Treasury,    IRS,
                 PO Box 7346,    Philadelphia, PA  19101-7346
19294022         E-mail/Text: appebnmailbox@sprint.com May 15 2014 00:48:32      Sprint Nextel,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 2
```

```
District/off: 0752-1           User: esullivan              Page 2 of 2                  Date Rcvd: May 14, 2014
                               Form ID: pdf006              Total Noticed: 52
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18578955*    +Geotrack, Inc.,    1012 Atkinson Avenue,    Lake Bluff, IL 60044-1124
19603697*    +Wil F. Crowley,    22 Riverside Drive, Apt. D-1,    Cranford, NJ 07016-2232
18578942    ##+A & A Service Center,    345 S. Michigan Ave.,    Kenilworth, NJ 07033-2035
18578944    ##+Article 9 Agents,    535 Eighth Ave.,    Floor 15,    New York, NY 10018-2483
                                                                                                TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2014 at the address(es) listed below:
              Anthonie Moll    on behalf of Creditor    Avis Budget Car Rental, LLC amoll@nixonpeabody.com
              Francis J. Pendergast, III    on behalf of Creditor    Aurora Bank fpendergast@crowleylamb.com,
               ibenavides@crowleylamb.com;docket@crowleylamb.com
              Gerald F. Munitz    on behalf of Creditor    The Port Authority of New York and New Jersey
               gmunitz@nealwolflaw.com,    nwolf@nealwolflaw.com;dwolski@nealwolflaw.com;dgramlich@nealwolflaw.com
              Ilene F Goldstein, ESQ    on behalf of Accountant Karen L Morgen ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Attorney Ilene F. Goldstein ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,    IL35@ecfcbis.com
              John A Dienner    on behalf of Creditor James   Rericha jdienner@kftrlaw.com,
               tmueller@kftrlaw.com;srotunno@kftrlaw.com;bkaltenbach@kftrlaw.com;bbrown@kftrlaw.com
              Kevin A Titus    on behalf of Creditor    JD2 Environmental, Inc. titus@litchfieldcavo.com
              Margaret Taylor Finucane    on behalf of Creditor    The Port Authority of New York and New Jersey
               mfinucan@panynj.gov
              Maria Georgopoulos    on behalf of Creditor    Nissan Motor Acceptance Corporation
               nd-three@il.cslegal.com
              Michael B Elman    on behalf of Creditor Suzanne   Hauge mbelaw100@aol.com
              Michael B Elman    on behalf of Creditor Carol   Weinberger mbelaw100@aol.com
              Michael R Richmond    on behalf of Debtor    Geotrack, Inc. mrichmond@hellerrichmond.com
              Neal L Wolf    on behalf of Creditor    The Port Authority of New York and New Jersey
               nwolf@muchshelist.com,
               dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com
               ;fdosunmu@muchshelist.com;sholstrom@muchshelist.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter Morrison    on behalf of Creditor    Gemstar Construction Corporation
               peter.morrison@squiresanders.com,    ann.bell@squiresanders.com
              Thomas N Auwers    on behalf of Debtor    Geotrack, Inc. tauwers@hellerrichmond.com
              William J. Hurley, III    on behalf of Creditor    Aurora Bank whurley@crowleylamb.com,
               dgrech@crowleylamb.com;docket@crowleylamb.com
                                                                                                TOTAL: 19
```