# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: GEOTRACK INC. § Case No. 12-08704
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN AS TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $59,465.93                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $148,202.79    Claims Discharged
                                                Without Payment: $1,991,861.84

Total Expenses of Administration: $58,498.31

---

3) Total gross receipts of $ 206,701.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $206,701.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $378,681.56 | $378,566.51 | $148,202.79 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 60,542.19 | 58,498.31 | 58,498.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 827,243.45 | 820,097.38 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,251,340.26 | 1,235,958.99 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,517,807.46 | $2,493,121.19 | $206,701.10 |

4) This case was originally filed under Chapter 7 on March 06, 2012. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/03/2014          By: /s/ILENE F. GOLDSTEIN AS TRUSTEE
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase checking account Location: In debtor's pos | 1129-000 | 20,517.55 |
| Accounts receivable Location: In debtor's posses | 1121-000 | 179,525.89 |
| 30 vehicles ranging from 1993 to 2008. List atta | 1129-000 | 5,250.00 |
| 30 vehicles ranging from 1993 to 2008. attached | 1129-000 | 990.84 |
| Bank of America account | 1221-000 | 65.19 |
| American Chartered Bank | 1221-000 | 351.63 |
| **TOTAL GROSS RECEIPTS** | | **$206,701.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Illinois Department of | 4800-000 | N/A | 115.05 | 0.00 | 0.00 |
| 2S | Illinois Department of | 4800-000 | N/A | 182.07 | 182.07 | 32.15 |
| 8S | Dept of the Treasury | 4300-000 | N/A | 279,582.13 | 279,582.13 | 49,368.33 |
| | Aurora Bank | 4220-000 | N/A | 88,441.33 | 88,441.33 | 88,441.33 |
| | Aurora Bank | 4210-000 | N/A | 102.20 | 102.20 | 102.20 |
| | Aurora Bank | 4210-000 | N/A | 10,258.78 | 10,258.78 | 10,258.78 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$378,681.56** | **$378,566.51** | **$148,202.79** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN AS TRUSTEE | 2100-000 | N/A | 13,585.06 | 13,585.06 | 13,585.06 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 32,081.00 | 32,081.00 | 32,081.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 783.49 | 783.49 | 783.49 |
| PBG Financial Services Inc | 3410-000 | N/A | 5,064.00 | 5,064.00 | 5,064.00 |
| New York State Department of (ADMINISTRATIVE) | 3110-000 | N/A | 2,043.88 | 0.00 | 0.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 137.04 | 137.04 | 137.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 299.59 | 299.59 | 299.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 285.28 | 285.28 | 285.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 344.32 | 344.32 | 344.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 361.60 | 361.60 | 361.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 330.57 | 330.57 | 330.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 359.24 | 359.24 | 359.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 144.61 | 144.61 | 144.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 139.86 | 139.86 | 139.86 |
| Rabobank, N.A. | 2600-000 | N/A | 108.13 | 108.13 | 108.13 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 64.00 | 64.00 | 64.00 |
| ADP | 2990-000 | N/A | 144.25 | 144.25 | 144.25 |
| Access Information Management | 2410-000 | N/A | 660.00 | 660.00 | 660.00 |
| Rabobank, N.A. | 2600-000 | N/A | 94.48 | 94.48 | 94.48 |
| Rabobank, N.A. | 2600-000 | N/A | 96.73 | 96.73 | 96.73 |
| AMERICAN AUCTION ASSOC. INC. | 3620-000 | N/A | 467.23 | 467.23 | 467.23 |
| Rabobank, N.A. | 2600-000 | N/A | 109.72 | 109.72 | 109.72 |
| Rabobank, N.A. | 2600-000 | N/A | 109.85 | 109.85 | 109.85 |
| Rabobank, N.A. | 2600-000 | N/A | 122.66 | 122.66 | 122.66 |
| Department of the Treasury | 2810-000 | N/A | 986.00 | 986.00 | 986.00 |
| State of New Jersey CBT | 2820-000 | N/A | 492.00 | 492.00 | 492.00 |
| Rabobank, N.A. | 2600-000 | N/A | 149.00 | 149.00 | 149.00 |
| Rabobank, N.A. | 2600-000 | N/A | 122.02 | 122.02 | 122.02 |
| Rabobank, N.A. | 2600-000 | N/A | 114.25 | 114.25 | 114.25 |
| Rabobank, N.A. | 2600-000 | N/A | 129.84 | 129.84 | 129.84 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 109.98 | 109.98 | 109.98 |
| Rabobank, N.A. | 2600-000 | N/A | 129.45 | 129.45 | 129.45 |
| Rabobank, N.A. | 2600-000 | N/A | 106.03 | 106.03 | 106.03 |
| Rabobank, N.A. | 2600-000 | N/A | 94.90 | 94.90 | 94.90 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 73.42 | 73.42 | 73.42 |
| Rabobank, N.A. | 2600-000 | N/A | 98.71 | 98.71 | 98.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$60,542.19** | **$58,498.31** | **$58,498.31** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of | 5800-000 | N/A | 7,146.07 | 0.00 | 0.00 |
| 2P | Illinois Department of | 5800-000 | N/A | 7,442.14 | 7,442.14 | 0.00 |
| 4P | Warren County Treasurer | 5800-000 | N/A | 2,978.01 | 2,978.01 | 0.00 |
| 6 | NYS Dept of Labor | 5800-000 | N/A | 3,298.00 | 3,298.00 | 0.00 |
| 8P | Dept of the Treasury | 5800-000 | N/A | 708,220.32 | 708,220.32 | 0.00 |
| 10P | Illinois Department of Revenue | 5800-000 | N/A | 17,670.47 | 17,670.47 | 0.00 |
| 13 | Steven Westby | 5800-000 | N/A | 10,680.00 | 10,680.00 | 0.00 |
| 14 | Chris Velez | 5800-000 | N/A | 1,757.37 | 1,757.37 | 0.00 |
| 15 | Victor E. Jones | 5800-000 | N/A | 1,300.00 | 1,300.00 | 0.00 |
| 17P | Wisconsin Department of Revenue | 5800-000 | N/A | 5,534.55 | 5,534.55 | 0.00 |
| 18P | New York State Department of (ADMINISTRATIVE) | 5800-000 | N/A | 61,216.52 | 61,216.52 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$827,243.45** | **$820,097.38** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of | 7100-000 | N/A | 200.00 | 0.00 | 0.00 |
| 2U | Illinois Department of | 7100-000 | N/A | 250.90 | 250.90 | 0.00 |
| 3 | ICC Corridor Partners | 7100-000 | N/A | 15,181.27 | 0.00 | 0.00 |
| 3 -2 | ICC Corridor Partners | 7100-000 | N/A | 15,181.27 | 15,181.27 | 0.00 |
| 4U | Warren County Treasurer | 7100-000 | N/A | 14,377.45 | 14,377.45 | 0.00 |
| 5 | Sprint Nextel | 7100-000 | N/A | 1,786.46 | 1,786.46 | 0.00 |
| 7 | NYS Dept of Labor | 7100-000 | N/A | 3,918.21 | 3,918.21 | 0.00 |
| 8U | Dept of the Treasury | 7100-000 | N/A | 352,228.32 | 352,228.32 | 0.00 |
| 9 | Wright Express FSC | 7100-000 | N/A | 6,479.50 | 6,479.50 | 0.00 |
| 10U | Illinois Department of Revenue | 7100-000 | N/A | 3,850.97 | 3,850.97 | 0.00 |
| 11 | Aurora Bank FSB | 7100-000 | N/A | 784,057.78 | 784,057.78 | 0.00 |
| 12 | Graham Curtin, A Professional Association | 7100-000 | N/A | 27,273.47 | 27,273.47 | 0.00 |
| 16 | Wil F. Crowley | 7200-000 | N/A | 4,600.00 | 4,600.00 | 0.00 |
| 17U | Wisconsin Department of Revenue | 7200-000 | N/A | 2,349.96 | 2,349.96 | 0.00 |
| 18U | New York State Department of (ADMINISTRATIVE) | 7100-000 | N/A | 19,604.70 | 19,604.70 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$1,251,340.26** | **$1,235,958.99** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-08704  
**Case Name:** GEOTRACK INC.

**Period Ending:** 10/03/14

**Trustee:** (330290)  ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 03/06/12 (f)  
**§341(a) Meeting Date:** 04/09/12  
**Claims Bar Date:** 10/22/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | None<br>Orig. Asset Memo: Imported from Amended Doc#: 20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Chase checking account Location: In debtor's pos<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 15,665.93 | 15,665.93 | | 20,517.55 | FA |
| 3 | Chase checking account Zoos tion: In debtor's po<br>Orig. Asset Memo: Imported from Amended Doc#: 20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00  (See Footnote) | 15,665.93 | 0.00 | | 0.00 | FA |
| 4 | Accounts receivable Location: In debtor's posses<br>Orig. Asset Memo: Imported from Amended Doc#: 20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 194,914.89 | 194,914.89 | | 179,525.89 | FA |
| 5 | 30 vehicles ranging from 1993 to 2008. List atta<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 40,000.00 | 40,000.00 | OA | 5,250.00 | FA |
| 6 | 30 vehicles ranging from 1993 to 2008. attached<br>duplicate asset  (See Footnote) | 40,000.00 | 0.00 | | 990.84 | FA |
| 7 | desktop computer Location: In debtor's possessio<br>Orig. Asset Memo: Imported from Amended Doc#: 20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 300.00 | 0.00 | | 0.00 | FA |
| 8 | office equipment consisting of several desks, ch<br>Orig. Asset Memo: Imported from Amended Doc#: 20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | computers, metal filing cabinets, all in very po<br>Orig. Asset Memo: Imported from Amended Doc#: | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-08704  
**Case Name:** GEOTRACK INC.

**Trustee:** (330290)  ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 03/06/12 (f)  
**§341(a) Meeting Date:** 04/09/12

**Period Ending:** 10/03/14

**Claims Bar Date:** 10/22/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | 20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | | | | | |
| 10 | Ground penetrating radar Location: In debtor's p<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 3,500.00 | 0.00 | | 0.00 | FA |
| 11 | Utility locating equipment- all 15 to 20 years o<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>20; Original asset description: auto loan<br>2008 Nissan Pick up<br>VALUE: 40,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Bank of America account  (u) | 65.19 | 65.19 | | 65.19 | FA |
| 13 | American Chartered Bank  (u) | 351.63 | 351.63 | | 351.63 | FA |
| 13 | **Assets**   Totals (Excluding unknown values) | **$310,463.57** | **$250,997.64** | | **$206,701.10** | **$0.00** |

RE PROP# 3    This is the same assets as Asset #2 and has been improperly imported into the asset ledger.  
RE PROP# 6    This is the same assets as Asset #5 and has been improperly imported into the asset ledger.

---

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE HAS NEGOTIATED AND HAD APPROVED A SETTLEMENT WITH A SECURED CREDITOR. THE TRUSTEE HAS EITHER SOLD OR ABANDONED NUMEROUS VEHICLES SPREAD ACROSS THE UNITED STATES. THE TRUSTEE IS CURRENTLY PREPARING OBJECTIONS TO CLAIMS AND IS IN THE PROCESS OF CLOSING THE CASE.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2014          **Current Projected Date Of Final Report (TFR):**    December 31, 2014

Printed: 10/03/2014 01:19 PM    V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-08704  
**Case Name:** GEOTRACK INC.  
**Taxpayer ID #:** **-***1114  
**Period Ending:** 10/03/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******24-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/11/12 | {4} | The Port Authority ofNY and NJ | ACCOUNTS RECEIVABLE | 1129-000 | 79,728.94 | | 79,728.94 |
| 04/11/12 | {4} | Panther Technologies | ACCOUNTS RECEIVABLE | 1129-000 | 2,535.00 | | 82,263.94 |
| 04/11/12 | {4} | Sovereign Consulting Inc | ACCOUNTS RECEIVABLE | 1129-000 | 4,000.00 | | 86,263.94 |
| 04/11/12 | {4} | GEOD | ACCOUNTS RECEIVABLE | 1129-000 | 39,375.00 | | 125,638.94 |
| 04/18/12 | {4} | Panther Technologies | Reversed Deposit 100002 1 ACCOUNTS RECEIVABLE | 1129-000 | -2,535.00 | | 123,103.94 |
| 04/20/12 | {4} | The Chappy Corporation | ACCOUNTS RECEIVABLE | 1129-000 | 4,300.00 | | 127,403.94 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.04 | 127,266.90 |
| 05/17/12 | {4} | PB AMERICAS INC | ACCOUNTS RECEIVABLE | 1129-000 | 11,814.66 | | 139,081.56 |
| 05/17/12 | {4} | SOVEREIGN CONSULTING INC | ACCOUNTS RECEIVABLE | 1129-000 | 2,500.00 | | 141,581.56 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 299.59 | 141,281.97 |
| 06/02/12 | {4} | Pennoni | ACCOUNTS RECEIVABLE | 1129-000 | 1,600.00 | | 142,881.97 |
| 06/22/12 | {4} | AFCO | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 142,886.97 |
| 06/22/12 | {4} | Pennoni | ACCOUNTS RECEIVABLE | 1121-000 | 4,800.00 | | 147,686.97 |
| 06/22/12 | {4} | GEOD | ACCOUNTS RECEIVABLE | 1121-000 | 5,050.00 | | 152,736.97 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 285.28 | 152,451.69 |
| 07/17/12 | {4} | Telegragh Self Storage, LC | ACCOUNTS RECEIVABLE | 1121-000 | 1,461.60 | | 153,913.29 |
| 07/17/12 | {4} | The Wilson Ballard Company | ACCOUNTS RECEIVABLE | 1121-000 | 11,036.29 | | 164,949.58 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 344.32 | 164,605.26 |
| 08/16/12 | {4} | T&M Associates | ACCOUNTS RECEIVABLE | 1121-000 | 5,650.00 | | 170,255.26 |
| 08/16/12 | {4} | GEOD | ACCOUNTS RECEIVABLE | 1121-000 | 8,000.00 | | 178,255.26 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 361.60 | 177,893.66 |
| 09/07/12 | {12} | Bank of America | Close out account | 1221-000 | 65.19 | | 177,958.85 |
| 09/07/12 | {13} | American Chartered Bank | Close out bank account | 1221-000 | 351.63 | | 178,310.48 |
| 09/19/12 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Attorney Fees | 3110-000 | | 18,336.00 | 159,974.48 |
| 09/19/12 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interin attorney expense award | 3120-000 | | 271.20 | 159,703.28 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 330.57 | 159,372.71 |
| 10/01/12 | 103 | Aurora Bank | Payment Pursuant to Settlement | 4220-000 | | 88,441.33 | 70,931.38 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 359.24 | 70,572.14 |
| 11/30/12 | {4} | Assurance | ACCOUNTS RECEIVABLE | 1121-000 | 204.40 | | 70,776.54 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 144.61 | 70,631.93 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.86 | 70,492.07 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 70,492.07 | 0.00 |

Subtotals :   $179,942.71   $179,942.71

{} Asset reference(s)   Printed: 10/03/2014 01:19 PM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-08704  
**Case Name:** GEOTRACK INC.

**Taxpayer ID #:** **-***1114  
**Period Ending:** 10/03/14

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******24-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 179,942.71 | 179,942.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 70,492.07 | |
| | | | **Subtotal** | | 179,942.71 | 109,450.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$179,942.71** | **$109,450.64** | |

{} Asset reference(s)

Printed: 10/03/2014 01:19 PM   V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-08704  
**Case Name:** GEOTRACK INC.  
**Taxpayer ID #:** **-***1114  
**Period Ending:** 10/03/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 70,492.07 | | 70,492.07 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.13 | 70,383.94 |
| 02/26/13 | 10104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #12-08704, Bond Number 016026455 | 2300-000 | | 64.00 | 70,319.94 |
| 02/26/13 | 10105 | Aurora Bank | Settlement of Lien Claim | 4210-000 | | 102.20 | 70,217.74 |
| 02/28/13 | 10106 | ADP | Payroll Expense for prepetition w-2 | 2990-000 | | 144.25 | 70,073.49 |
| 02/28/13 | 10107 | Access Information Management | Storage Fees for Books and records | 2410-000 | | 660.00 | 69,413.49 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.48 | 69,319.01 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.73 | 69,222.28 |
| 04/15/13 | {5} | American Auction Associates | Sale of Vehicle | 1129-000 | 5,250.00 | | 74,472.28 |
| 04/22/13 | 10108 | AMERICAN AUCTION ASSOC. INC. | Expenses for Auctioneer | 3620-000 | | 467.23 | 74,005.05 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.72 | 73,895.33 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.85 | 73,785.48 |
| 06/03/13 | {2} | Chase | RESOLUTION OF COMPETING LIENS | 1129-000 | 20,517.55 | | 94,303.03 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.66 | 94,180.37 |
| 07/26/13 | 10109 | Aurora Bank | Settlement of lien Claim | 4210-000 | | 10,258.78 | 83,921.59 |
| 07/26/13 | 10110 | Department of the Treasury | Income Tax | 2810-000 | | 986.00 | 82,935.59 |
| 07/26/13 | 10111 | State of New Jersey CBT | Income tax | 2820-000 | | 492.00 | 82,443.59 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.00 | 82,294.59 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.02 | 82,172.57 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.25 | 82,058.32 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.84 | 81,928.48 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.98 | 81,818.50 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.45 | 81,689.05 |
| 01/02/14 | 10112 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Interim Attorney Fees | 3110-000 | | 10,980.00 | 70,709.05 |
| 01/02/14 | 10113 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Expenses for attorney for the Trustee | 3120-000 | | 472.29 | 70,236.76 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.03 | 70,130.73 |
| 02/11/14 | {6} | Nissan | Sale of personal property | 1129-000 | 990.84 | | 71,121.57 |
| 02/25/14 | 10114 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-08704, Bond Premium Voided on 03/07/14 | 2300-000 | | 91.01 | 71,030.56 |

Subtotals :     $97,250.46     $26,219.90

{} Asset reference(s)

Printed: 10/03/2014 01:19 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-08704  
**Case Name:** GEOTRACK INC.  
**Taxpayer ID #:** **-***1114  
**Period Ending:** 10/03/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.90 | 70,935.66 |
| 03/07/14 | 10114 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-08704, Bond Premium<br>Voided: check issued on 02/25/14 | 2300-000 | | -91.01 | 71,026.67 |
| 03/07/14 | 10115 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-08704, Bond Premium<br>Voided on 03/10/14 | 2300-000 | | 73.42 | 70,953.25 |
| 03/10/14 | 10115 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-08704, Bond Premium<br>Voided: check issued on 03/07/14 | 2300-000 | | -73.42 | 71,026.67 |
| 03/10/14 | 10116 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #12-08704, Bond Premium | 2300-000 | | 73.42 | 70,953.25 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.71 | 70,854.54 |
| 06/26/14 | 10117 | ILENE F. GOLDSTEIN AS TRUSTEE | Dividend paid 100.00% on $13,585.06, Trustee Compensation; Reference: | 2100-000 | | 13,585.06 | 57,269.48 |
| 06/26/14 | 10118 | PBG Financial Services Inc | Dividend paid 100.00% on $5,064.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 5,064.00 | 52,205.48 |
| 06/26/14 | 10119 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $32,081.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,765.00 | 49,440.48 |
| 06/26/14 | 10120 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $783.49, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 40.00 | 49,400.48 |
| 06/26/14 | 10121 | Illinois Department of | Dividend paid 17.65% on $182.07; Claim# 2S; Filed: $182.07; Reference: | 4800-000 | | 32.15 | 49,368.33 |
| 06/26/14 | 10122 | Dept of the Treasury | Dividend paid 17.65% on $279,582.13; Claim# 8S; Filed: $279,582.13; Reference: | 4300-000 | | 49,368.33 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 97,250.46 | 97,250.46 | $0.00 |
| Less: Bank Transfers | 70,492.07 | 0.00 | |
| Subtotal | 26,758.39 | 97,250.46 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $26,758.39 | $97,250.46 | |

{} Asset reference(s)

Printed: 10/03/2014 01:19 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 12-08704  
**Case Name:** GEOTRACK INC.  
**Taxpayer ID #:** **-***1114  
**Period Ending:** 10/03/14

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  206,701.10  
─────────────  
Net Estate :  $206,701.10

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******24-66 | 179,942.71 | 109,450.64 | 0.00 |
| Checking # ******2266 | 26,758.39 | 97,250.46 | 0.00 |
| | $206,701.10 | $206,701.10 | $0.00 |

{} Asset reference(s)

Printed: 10/03/2014 01:19 PM    V.13.15